*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED 11/10/16
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 16-BG-763**

IN RE: RONALD W. GRIGG
                              Respondent.
**Bar Registration No. 422400**             **DDN: 58-11**

BEFORE: McLeese, Associate Judge, and Belson and Farrell, Senior Judges.

**ORDER**
(FILED - November 10, 2016)

On consideration of the certified order of the Supreme Court of California suspending respondent from the practice of law in that jurisdiction for a period of one year, stayed in favor of a two-year probationary period with conditions, this court's August 10, 2016, order, directing respondent to show cause why reciprocal discipline should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's show cause order, it is

ORDERED that Ronald W. Grigg is hereby suspended from the practice of law in the District of Columbia for a period of one year, stayed in favor of a two-year probationary period subject to the conditions imposed by the state of California. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**